UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALLEN TERRELL DAVIS,

      Plaintiff,

v.                                Case No.  2:25-cv-1023-KCD-DNF

LEE COUNTY JAIL,
JENNIFER BEST, and WENDY
JULES,

      Defendants.

_____/

## ORDER

Plaintiff Allen Terrell Davis has written a letter to the Court in which he appears to request legal assistance with a pending state case. (Doc. 9.) To the extent he is dissatisfied with appointed counsel in state court, he must file his request for new counsel there. This Court will not interfere with an ongoing criminal prosecution. *See Younger v. Harris*, 401 U.S. 37, 45 (1971) (recognizing that absent "extraordinary circumstances," federal courts should not intervene in state criminal prosecutions). Thus, liberally construing Davis's letter as a motion for the appointment of counsel, the motion (Doc. 9) is **DENIED**.

**ORDERED** in Fort Myers, Florida on June 22, 2026.


Kyle C. Dudek
United States District Judge